■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO ESCOBAR, Appellant. [835 NYS2d 522]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed July 7, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Krausman, Lifson and Balkin, JJ., concur.